**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CASTILLO, ) | No. C 10-05373 JW (PR) |
| ) | |
| Plaintiff, ) | ORDER GRANTING EXTENSION |
| ) | OF TIME TO FILE *IN FORMA* |
| vs. ) | *PAUPERIS* APPLICATION |
| ) | |
| STATE PAROLE BOARD, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On November 29, 2010, plaintiff filed this pro se civil rights pursuant to 42 U.S.C. § 1983.  The same day, the clerk of the Court sent a notification to plaintiff that his complaint was deficient because he did pay the filing fee or file an in forma pauperis application was deficient because he failed to attach a copy of his prisoner trust account statement showing transactions for the last six months.  (Docket No. 2.)  Plaintiff was advised to file the missing document within thirty days to avoid dismissal of the action.  (Id.)

On December 23, 2010, plaintiff filed another motion for leave to proceed in forma pauperis.  (Docket No. 4.)  However, this application is also deficient as plaintiff has again failed to attached copy of his prisoner trust account statement. The Court also notes that the Certificate of Funds in Prisoner's Account submitted

Order Granting Ext. Of Time
P:\PRO-SE\SJ.JW\CR.10\Castillo05373_ifp-eot.wpd

1  with the first in forma pauperis application was not properly completed and signed
2  by an authorized officer at the prison. (Docket No. 3.)
3     In the interest of justice, the Court will grant plaintiff an extension of time to
4  file the missing documents, *i.e.*, a Certificate of Funds in Prisoner's Account
5  completed and signed by an authorized officer at the prison and a copy of his
6  prisoner trust account, **no later than thirty (30) days** from the date this order is
7  filed. In the alternative, plaintiff may pay the full $350.00 filing fee.
8     **Failure to respond in accordance with this order in the time provided**
9  **may result in dismissal of this case without prejudice for failure to pay the**
10 **filing fee without further notice to plaintiff.**
11    The clerk shall enclose two blank copies of the court's Certificate of Funds in
12 Prisoner's Account with a copy of this order to plaintiff.

DATED: February 11, 2011

JAMES WARE
United States District Chief Judge

Order Granting Ext. Of Time
P:\PRO-SE\SJ.JW\CR.10\Castillo05373_ifp-eot.wpd      2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES CASTILLO, | Case Number: CV10-05373 JW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| STATE PAROLE BOARD OF CALIFORNIA, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on    2/11/2011   , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher Castillo F-39720
North Kern State Prison
P. O. Box 567
Delano, CA 93216

Dated:    2/11/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk